# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **LEOSDANIS MULET-ZALDIVAR,** | : | Case No. 1:26-cv-143 |
| Petitioner, | : | |
| vs. | : | **Judge Jeffery P. Hopkins** |
| | : | |
| **Acting Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement,** *et al.*, | : | **Magistrate Judge Karen L. Litkovitz** |
| Respondents. | | |

## ORDER

Petitioner, Leosdanis Mulet-Zaldivar, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than February 20, 2026.

**IT IS SO ORDERED.**

February 13, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge