**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| **LEOSDANIS MULET-ZALDIVAR,** | : | Case No. 1:26-cv-143 |
| Petitioner, | : | |
| vs. | : | **Judge Jeffery P. Hopkins** |
| | : | |
| **Acting Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement,** *et al.*, | : | **Magistrate Judge Karen L. Litkovitz** |
| Respondents. | | |

## ORDER SETTING CASE SCHEDULE

The Court previously ordered the parties to confer and propose a case schedule. (Doc. 4). Based on that joint proposal (Doc. 5), the Court now **SETS** the following schedule:

- Respondent's Return of Writ Due:    March 3, 2026
- Petitioner's Reply to Return Due:    March 20, 2026

**IT IS SO ORDERED.**

February 19, 2026

KAREN L. LITKOVITZ
United States Magistrate Judge